377 A.2d 161

Caldwell Appeal.

Submitted September 22, 1976. John Sughrue, Public Defender, for appellant; Timothy E. Durant, Assistant District Attorney, for appellee.

Order affirmed.

377 A.2d 162

Commonwealth v. Abbott, Appellant.

 Submitted December 9, 1976. Elizabeth Yvonne Grear, for appellant; Lynn Bennett, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.